AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Delaware

| | |
|---|---|
| CART SOURCE LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 1:26-cv-00915-UNA |
| GATEKEEPER SYSTEMS, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
       GATEKEEPER SYSTEMS, INC.
       c/o Corporation Service Company
       251 Little Falls Drive
       Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Emily S. DiBenedetto
                                Shaw Keller LLP
                                I.M Pei Building
                                1105 North Market Street, 12th Floor
                                Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    07/27/2026                                                   *Osiris Aguilar Martinez*
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00915-UNA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GATEKEEPER SYSTEMS, INC.

was received by me on *(date)*          07/27/2026          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynanne Gares- Authorized to Accept , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808 @2:00 p.m. on *(date)* 07/27/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    07/27/2026

_____
Server's signature

WIlliam Besco   - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*


Additional information regarding attempted service, etc: